## CITY OF HARTFORD *v.* INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 760

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 805 (AC 17338), is denied.

*James C. Ferguson*, in support of the petition.

*Karen K. Buffkin*, in opposition.

Decided October 8, 1998

## BLUE CROSS/BLUE SHIELD OF CONNECTICUT, INC. *v.* WALTER S. GURSKI, JR.

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 731 (AC 17560), is denied.

*Julie A. Manning*, in support of the petition.

Decided October 8, 1998